1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Berenice Leon

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,  ) Case No. 08MJ8250
                               )
12 |         Plaintiff,         )
                               )
13 | v.                         )   **CERTIFICATE OF SERVICE**
                               )
14 | BERENICE LEON,             )
                               )
15 |         Defendant.         )
   |_____)

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                      U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov

20                                    Respectfully submitted,

22 DATED:    March 24, 2008            /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Berenice Leon