FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1236-H |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin |
| BERENICE LEON, ) | (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about March 18, 2008, within the Southern District of California, defendant BERENICE LEON, did knowingly and intentionally import 100 grams or more, to wit: approximately 0.6 kilograms (1.3 pounds) of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 17, 2008.

KAREN P. HEWITT
United States Attorney

*(signature)*

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:mg:Imperial
4/17/08