# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __BERNICE LEON__                                              No. __08CR1236-H__

The Court finds excludable delay, under the section indicated by check (✓), commenced on __5/13/08__ and ended on __8/11/08__ ;(X7,XT1)

_____ and ended on _____ . (     )

__3161(h)__

___ (1)(A)     Exam or hrg for **mental or physical incapacity**                    A

___ (1)(B)     **NARA exam**ination (28:2902)                                       B

___ (1)(D)     State or Federal trials or **other charges pending**                 C

___ (1)(E)     **Interlocutory appeals**                                            D

___ (1)(F)     **Pretrial motions** (from flg to hrg or other prompt dispo)         E

___ (1)(G)     **Transfers from other district** (per FRCrP 20, 21 & 40)            F

___ (1)(J)     **Proceedings under advisement** not to exceed thirty days           G

___            Misc proc: Parole or prob rev, deportation, **extradition**          H

___ (1)(H)     **Transportation** from another district or to/from examination      6
               or hospitalization in ten days or less

_X_ (1)(I)     Consideration by Court of **proposed plea agreement**                (7)

___ (2)        **Prosecution deferred** by mutual agreement                         I

___ (3)(A)(B)  **Unavailability of defendant** or **essential witness**             M

___ (4)        Period of **mental or physical incompetence** of defendant to        N
               stand trial

___ (5)        Period of **NARA commitment or treatment**                           O

___ (6)        **Superseding indictment and/or new charges**                        P

___ (7)        **Defendant awaiting trial of co-defendant** when no severance       R
               has been granted

___ (8)(A)(B)  **Continuance**s granted per (h)(8)-use "T" alone if more than       T
               one of the reasons below are given in support of continuance

___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding              (T1)
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  **(Continuance - miscarriage of justice)**
_X_            2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                  T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, T4
                  or give reasonable time to prepare
                  **(Continuance re counsel)**

___ 3161(I)    Time up to **withdrawal of guilty plea**                             U

___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days        W

Date __5/13/08__                                        _____
                                                        Judge's Initials